**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    In Re                                         No. C-13-0348 EMC (pr)

9    DOUGLAS HOPPER,

10              Plaintiff.                          **ORDER OF DISMISSAL**
     _____/
11

12         This action was opened on January 25, 2013, when the Court received from Douglas Hopper

13   a letter about the conditions of confinement at the R. J. Donovan Correctional Center in San Diego.

14   On that date, the Court notified Mr. Hopper in writing that his action was deficient in that he had not

15   attached a complaint and had not filed an *in forma pauperis* application.  The Court further notified

16   him that this action would be dismissed if he did not submit a complaint within thirty days.  Mr.

17   Hopper did not file a complaint; instead, he sent a letter stating that it was not his intention to file a

18   new complaint.  Accordingly, this action is **DISMISSED** without prejudice for failure to submit a

19   pleading showing the Court has subject matter jurisdiction.  The Clerk shall close the file.  No filing

20   fee is due.

21

22         IT IS SO ORDERED.

23

24   Dated:  April 25, 2013

25                                                 _____
                                                   EDWARD M. CHEN
26                                                 United States District Judge

27

28